Clinton E. Duke (*Admitted Pro Hac Vice*)
  clinton.duke@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone:  (801) 415-3000

*Attorney for Plaintiff Evolution Nutraceuticals Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Evolution Nutraceuticals Incorporated**, <br><br> Plaintiff, <br><br> v. <br><br> **ThermoLife International LLC**, <br><br> Defendant. | Civil No. CV-25-00461-PHX-DJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Oral Argument Requested <br><br> JURY TRIAL DEMANDED <br><br> Honorable Diane J. Humetewa |

PLAINTIFF EVOLUTION NUTRACEUTICALS, INC. d/b/a CARDIO MIRACLE submitted a Motion for Preliminary Injunction and Memorandum in Support of Motion for Preliminary Injunction (the "Motion") to this Court. After considering the Motion, and any arguments offered in support of and in opposition thereto, the Court finds that the Motion should be and is hereby **GRANTED.**

1

_8599864.1

IT IS ORDERED that Defendant Thermolife International LLC is preliminarily enjoined from attempting to request any Amazon takedowns against Cardio Miracle's dietary supplements relying U.S. Patent No. 8,455,531.

IT IS FURTHER ORDERED that this Order shall remain in effect until the final resolution of this case or until further Order of this Court.

IT IS SO ORDERED.

Dated this _____ day of _____, 2025.

2

_8599864.1

**3**

_8599864.1