Sami Al-Marzoog (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
salmarzoog@cgsh.com
Telephone: 202-974-1757

*Attorney for Defendant*
*ThermoLife International, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle, | No. 2:25-cv-00461-DJH |
|---|---|
| Plaintiff, | **DECLARATION OF SAMI AL-MARZOOG** |
| v. | |
| ThermoLife International, LLC | |
| Defendant. | |

I, Sami Al-Marzoog, state under the penalty of perjury that the following is true and correct:

1. I am a resident of the United States and over the age of 21. Unless otherwise specified, I have personal knowledge of the facts contained in this declaration. If called as a witness, I can testify competently to the matters set forth herein.

2. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Defendant ThermoLife International, LLC ("ThermoLife") in the above captioned action. I submit this declaration and an index of the exhibits in support of ThermoLife's Opposition to Plaintiff's Motion for Preliminary Injunction.

3. Attached as Exhibit A is a true and correct copy of an excerpt of Cardio Miracle's Nitric Oxide Supplement with Super Beets Amazon listing, downloaded on December 3, 2025.

4. Attached as Exhibit B is a true and correct copy of an excerpt of the Manual of Patent Examining Procedure, dated June 2020.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on this 5th day of December 2025.

_____
Sami Al-Marzoog

1