# EXHIBIT A

12/3/25, 1:08 PM    Amazon.com: Cardio Miracle Nitric Oxide Supplement with Super Beets 60 Servings - Beet Root Powder with L-Arginine to Support…

Case 2:25-cv-00461-DJH    Document 84-2    Filed 12/05/25    Page 2 of 4



# Cardio Miracle Nitric Oxide Supplement with Super Beets 60 Servings - Beet Root Powder with L-Arginine to Support Circulation, Blood Flow, Energy, Endurance, Stamina & Heart Health for Men and Women

Visit the Cardio Miracle Store

4.2 — 1,132 ratings

**100+ bought** in past month

$119⁹⁷ ($5.38 / ounce)

Thank you for being an Amazon customer. Get a **$60 Amazon Gift Card** upon approval for Amazon Visa.

**Size: 1.39 Pound (Pack of 1)**

| 1.39 Pound (Pack of 1) | 2.09 Pound (Pack of 1) | 11.78 Ounce (Pack of 1) | 12.82 Ounce (Pack of 1) |
|---|---|---|---|
| $119.97 ($5.38 / ounce) | $159.97 ($4.79 / ounce) | $69.97 ($5.94 / ounce) | $89.97 ($7.02 / ounce) |

| | |
|---|---|
| **Brand** | Cardio Miracle |
| **Flavor** | Wild Berry |
| **Primary Supplement Type** | L-Arginine AKG, L-Citrulline, Ornithine, Carnitine, Taurine, Ribose, Vitamin D, Antioxidants, |
| **Unit Count** | 22.28 Ounce |
| **Item Form** | Powder |

⌄ See more

## About this item

- **Complete Nitric Oxide Support for Every Heart** – More than beet root powder, Cardio Miracle delivers a full-spectrum blend of L-Arginine AKG, L-Citrulline, Organic Beets, and Vitamin D3 to support 24-hour nitric oxide expression for optimized energy and lasting heart health for both men and women.
- **Super Beets Plus Over 50 Nutrients** – Each serving contains over 50 nutrients including adaptogens, antioxidants (like quercetin, resveratrol, glutathione, and grape seed extract), and superfoods. Drink Cardio Miracle to optimize energy, focus and whole-body resilience.
- **Natural Energy, No Crash** – Experience clean, sustained energy without caffeine. Cardio Miracle enhances oxygen utilization and mitochondrial function, fueling you naturally from the inside out.

One-time purchase:
$119⁹⁷ ($5.38 / ounce)

FREE delivery **Monday, December 8**

Or Prime members get FREE delivery **Tomorrow, December 4**. Order within 10 hrs 56 mins.

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from: Amazon
Sold by: Cardio Miracle
Returns: Non-returnable due to Food safety reasons
Payment: Secure transaction

☐ Add a gift receipt for easy returns

**Subscribe & Save**
$107⁹⁷ ($4.85 / ounce)

FREE delivery **Monday, December 8**

Ships from: Amazon
Sold by: Cardio Miracle

Add to List

**Other sellers on Amazon**

New (2) from $119⁹⁷ & **FREE Shipping**.

12/3/25, 1:08 PM
Amazon.com: Cardio Miracle Nitric Oxide Supplement with Super Beets 60 Servings - Beet Root Powder with L-Arginine to Support…
Case 2:25-cv-00461-DJH   Document 94-2   Filed 12/05/25   Page 3 of 4

- Doctor Trusted, Science-Driven – Developed with insights from cutting-edge nanomedical research, Cardio Miracle has been shown to increase nitric oxide bioavailability and reduce oxidative stress by up to 50% in endothelial cells, which is critical for heart, brain, and metabolic health.
- Formulated with Precision – Safe, clean, and made in the USA. Manufactured in a GMP-certified facility and proudly BSCG drug-free certified, Cardio Miracle is gluten-free, keto-friendly, and free from artificial flavors or sweeteners. Each batch is produced with premium-grade ingredients to ensure consistency, safety, and reliability.
- Convenient & Easy to Use – Mix one serving with 8-16 oz of water or juice, twice daily, in the morning and afternoon or evening. Enjoy our great-tasting Mixed Berry flavor with zero sugar added.

## Additional Details

Small Business
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller

## Frequently bought together

 + 

Total price: $194.97

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Cardio Miracle Nitric Oxide Supplement with Super Beets 60 Servings - Beet Root…
$119⁹⁷ ($5.38/ounce)

Glutathione Supplement 2 Month Supply of Glutathione Powder Precursor – ProImmune Immun…
$75⁰⁰ ($21.43/ounce)

## Products related to this item  Sponsored ⓘ

Page 1 of 58

    

Juvenon BloodFlow-7 Nitric Oxide Supplement with Nitrosigine
3,709
$44⁹⁵ ($0.75 / count)

Berkeley Life Nitric Oxide Foundation - Nitric Oxide Booster for Men & Women - Bloo...
443
$49⁹⁹ ($0.83 / count)

Humann SuperBeets Heart Chews, Nitric Oxide and Blood Pressure Support,...
74,067
#1 Best Seller
$39⁹⁵ ($0.67 / count)

Arterosil HP Professional - Endothelial Glycocalyx Support - Heart Health Support -...
365
Amazon's Choice
$99⁰⁰ ($1.65 / count)

Cardio for Life L-Arginine Powder 16oz - Pina Colada - Natural Nitric Oxide Supplem...
152
$44⁹⁵ ($2.81 / ounce)

## From the brand



## Product description
### Discover How to Rejuvenate Your Body from Within!

### Your heart moves your body forward. Nourish it fully—at any age.

Cardio Miracle is more than a supplement—it's the complete nitric oxide solution for energy, heart health, and whole-body vitality at every stage of life.

Formulated by nitric oxide advocate John Hewlett and scientifically validated by researchers like Dr. Tadeusz Malinski (University of Ohio), Cardio Miracle activates nitric oxide through both the oral and gut pathways—something no beet capsule or chew can match. The result? Up to 24 hours of sustained nitric oxide support.

**This advanced superfood drink mix includes:**

- L-Arginine & L-Citrulline – to fuel nitric oxide production
- Organic Beet Root Powder – rich in heart-healthy nitrates
- Vitamin D3 & Antioxidants – for immune, metabolic, and vascular support
- Over 50 Nutrient-Dense Ingredients – including quercetin, resveratrol, grape seed extract, and adaptogens

**Why people love Cardio Miracle:**

- Supports circulation, blood pressure, and endothelial function
- Promotes natural energy, endurance, and stamina
- Helps maintain mental clarity, immune balance, and focus
- Offers clean libido and aging support
- Great-tasting, zero sugar, naturally sweetened (monk fruit & stevia)

Made in the USA in a GMP-certified facility and third-party BSCG drug-free certified, Cardio Miracle is gluten-free, keto-friendly, and free from caffeine or artificial ingredients.