UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/014,311 | 06/03/2019 | 8455531 | 1255.013 RE2 | 1074 |

54434          7590          12/13/2019

BOOTH UDALL FULLER, PLC
1255 W. Rio Salado Pkwy.
Suite 215
Tempe, AZ 85281

| EXAMINER |
|---|
| CAMPELL, BRUCE R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3991 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 12/13/2019 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| *Ex Parte Reexamination Interview Summary* | Control No. 90/014,311 | Patent Under Reexamination 8455531 |
|---|---|---|
| | **Examiner** BRUCE R CAMPELL | **Art Unit** 3991    **AIA (FITF) Status** No |

All participants (USPTO personnel, patent owner, patent owner's representative):

(1) <u>BRUCE CAMPELL</u>

(2) <u>Dwayne Jones, Jean Witz</u>

(3) <u>Ronald Kramer, Alexander Nikolaidis</u>

(4) <u>Pacer Udall, Hua Chen, Lora Green</u>

Date of Interview: <u>11 December 2019</u>

Type:   a) ☐   Telephonic    b) ☑   Video Conference
       c) ☐ Personal (copy given to:  1) ☐ patent owner    2) ☐ patent owners representative)

Exhibit shown or demonstration conducted:   d) ☐ Yes    e) ☑ No.
   If Yes, brief description: _____

Agreement with respect to the claims  f) ☐   was reached.   g) ☑   was not reached.   h) ☐   N/A.
Any other agreement(s) are set forth below under "Description of the general nature of what was agreed to..."

Claim(s) discussed: <u>all rejected claims</u> .

Identification of prior art discussed: <u>Harris I, Yoshimura</u> .

Description of the general nature of what was agreed to if an agreement was reached, or any other comments:
<u>See Continuation Sheet</u> .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims patentable, if available, must be attached. Also, where no copy of the amendments that would render the claims patentable is available, a summary thereof must be attached.)

A FORMAL WRITTEN RESPONSE TO THE LAST OFFICE ACTION MUST INCLUDE PATENT OWNER'S STATEMENT OF THE SUBSTANCE OF THE INTERVIEW. (See MPEP § 2281). IF A RESPONSE TO THE LAST OFFICE ACTION HAS ALREADY BEEN FILED, THEN PATENT OWNER IS GIVEN **ONE MONTH** FROM THIS INTERVIEW DATE TO PROVIDE THE MANDATORY STATEMENT OF THE SUBSTANCE OF THE INTERVIEW
(37 CFR 1.560(b)). THE REQUIREMENT FOR PATENT OWNERS STATEMENT CAN NOT BE WAIVED.
**EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

| /BRUCE R CAMPELL/ Patent Reexam Specialist, CRU 3991 | /DWAYNE JONES/ Patent Reexam Specialist, CRU 3991 | /JEAN WITZ/ Patent Reexam Specialist, CRU 3991 |
|---|---|---|

cc: Requester (if third party requester)

**Continuation Sheet (PTOL-474)**                                    **Reexam Control No.**     90/014,311

Continuation of Description of the general nature of what was agreed to if an agreement was reached, or any other comments: PO explained that the compositions of the prior art contain very low levels of nitrate. Discussed possible amendments that could distinguish the claimed compositions and methods over the prior art. PO may also submit declaration evidence.