Gregory K. Sobolski (admitted pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, CA 94108
Telephone: 415-796-4400
GSobolski@cgsh.com

Sami Al-Marzoog (admitted pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: 202-974-1500
SAlmarzoog@cgsh.com

Tyler R. Bowen (#025376)
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:  +1.602.351.8000
TBowen@perkinscoie.com
DocketPHX@perkinscoie.com

Andrew P. DeMarco (admitted pro hac vice)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: 610-457-9301
ADemarco@devlinlawfirm.com

Attorneys for Defendant ThermoLife International, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle, <br><br> Plaintiff, <br><br> v. <br><br> ThermoLife International, LLC, <br><br> Defendant. | No. 2:25-cv-00461-DJH <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO DISMISS (FIRST REQUEST)** <br><br> (Assigned to the Hon. Diane J. Humetewa) |

Defendant, ThermoLife International, LLC ("ThermoLife"), by and through their attorneys and pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(4) and local rule LRCiv 7.3 hereby requests that the Court extend the deadline for ThermoLife's response to Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle's ("Cardio Miracle") motion to dismiss from April 3, 2026 to April 10, 2026.  Cardio Miracle does not oppose the requested extension.

**I.      BACKGROUND**

On March 20, 2026, Cardio Miracle filed a motion to dismiss count II of ThermoLife's amended answer and counterclaims (Dkt. 87) relating to abuse of process for failure to state a claim upon with relief can be granted. Dkt. 90. Under LRCiv 7.2(c), ThermoLife's response to Cardio Miracle's motion to dismiss is currently due on April 3, 2026.

**II.     LEGAL STANDARD**

This Court may grant a request for an extension of time to file a response to a motion to dismiss for good cause, where the request is made before the original time expires. Fed. R. Civ. P. 6(b)(1).

**III.    ARGUMENT**

Good cause exists to support ThermoLife's request for a minor extension. ThermoLife seeks an extension so it can better evaluate Cardio Miracle's positions in the motion to dismiss and explore potential ways to focus the parties' dispute.

**III.    CONCLUSION**

For the foregoing reasons, ThermoLife respectfully requests that the Court grant this motion and extend the deadline for ThermoLife's response to Cardio Miracle's motion to dismiss to April 10, 2026.

Dated:  March 31, 2026         By: */s/  Tyler R. Bowen*
                                   Tyler R. Bowen
                                   PERKINS COIE LLP
                                   2525 E. Camelback Road, Suite 500
                                   Phoenix, Arizona 85016-4227
                                   TBowen@perkinscoie.com

                                   Gregory K. Sobolski (admitted pro hac vice)
                                   CLEARY GOTTLIEB STEEN
                                   & HAMILTON LLP
                                   650 California Street, Suite 2400
                                   San Francisco, CA 94108
                                   GSobolski@cgsh.com

                                   Sami Al-Marzoog (admitted pro hac vice)
                                   CLEARY GOTTLIEB STEEN
                                   & HAMILTON LLP
                                   2112 Pennsylvania Avenue, NW
                                   Washington, DC 20037
                                   SAlmarzoog@cgsh.com

                                   Andrew P. DeMarco (admitted pro hac vice)
                                   DEVLIN LAW FIRM LLC
                                   1526 Gilpin Avenue
                                   Wilmington, DE 19806
                                   ADemarco@devlinlawfirm.com

                                   *Attorneys for Defendant ThermoLife International, LLC*

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clinton E. Duke (*Admitted Pro Hac Vice*)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
clinton.duke@dentons.com

*Attorneys for Plaintiff*

*/s/ Indy LaFever*

-4-