UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle,

                    Plaintiff,

          v.

ThermoLife International, LLC,

                    Defendant.

No. 2:25-cv-00461-DJH

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO DISMISS (FIRST REQUEST)**

(Assigned to the Hon. Diane J. Humetewa)

Upon consideration of ThermoLife International, LLC's ("Thermolife") Unopposed Motion for Extension of Time to File a Response to Plaintiff's Motion to Dismiss (First Request) the motion is GRANTED.  Accordingly,

1.      ThermoLife shall file its response to the motion to dismiss by April 10, 2026.

ORDERED this _____ day of _____, 2026.