Gregory K. Sobolski (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
650 California Street, Suite 2400
San Francisco, California 94108
Telephone: 415-796-4400
GSobolski@cgsh.com

Sami Al-Marzoog (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: 202-974-1500
SAlmarzoog@cgsh.com

Tyler R. Bowen (Bar No. 025376)
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: 602-351-8000
TBowen@perkinscoie.com
DocketPHX@perkinscoie.com

Andrew P. DeMarco (admitted *pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: 610-457-9301
ADemarco@devlinlawfirm.com

*Attorneys for Defendant*
*ThermoLife International, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle, | No. 2:25-cv-00461-DJH |
| Plaintiff, | **NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |
| v. | |
| ThermoLife International, LLC, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant ThermoLife International, LLC served its Initial Disclosure Statement on all parties on June 5, 2025.

Dated:  June 15, 2026

By: */s/ Tyler R. Bowen*
Tyler R. Bowen
PERKINS COIE LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
TBowen@perkinscoie.com

Gregory K. Sobolski (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
650 California Street, Suite 2400
San Francisco, California 94108
GSobolski@cgsh.com

Sami Al-Marzoog (admitted *pro hac vice*)
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
SAlmarzoog@cgsh.com

Andrew P. DeMarco (admitted *pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
ADemarco@devlinlawfirm.com

*Attorneys for Defendant*
*ThermoLife International, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clinton E. Duke (*Admitted Pro Hac Vice*)
**DENTONS DURHAM JONES PINEGAR, P.C.**
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
clinton.duke@dentons.com

*Attorneys for Plaintiff Evolution Nutraceuticals, Inc. d/b/a Cardio Miracle*

*/s/ D. Freouf*

-2-